UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

STEPHANIE MARIE SIMS                                                                 No. 24-30675
                                                                                                        Chapter 7

Debtor

### NOTICE OF DEBTOR'S ADDRESS CHANGE

The address listed on the Voluntary Petition for Debtor, Stephanie Marie Sims, has recently changed. The new address is:

4121 Hillview Avenue
Louisville, KY 40216

/s/ TODD A. FARMER
Todd A. Farmer
FARMER & WRIGHT, PLLC
4975 Alben Barkley Drive, Suite 1
Paducah, KY 42001
(270) 443-4431
Fax: (270) 443-4631

### NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and mailed to those creditors not listed as having electronic service on June 6, 2024.

/s/ TODD A. FARMER
Todd A. Farmer

–1–